IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROBERT D. GREENHILL, | Case No. 2:19-cv-00565 |
| Plaintiff, | |
| | JUDGE ALGENON L. MARBLEY |
| v. | |
| | Magistrate Judge Jolson |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | |
| Defendant. | |

## ORDER

This matter is before the Court on Magistrate Judge Jolson's Report and Recommendation Overruling Plaintiff's Statement of Errors and Affirming the Decision of the Commissioner of Social Security. (Doc. 17.) The Report and Recommendation was filed on November 6, 2019, and the parties had fourteen days thereafter to file any objections. Neither party has filed an objection to the Report and Recommendation and the time for doing so has now expired.

After reviewing the Report and Recommendation, the Court finds that Magistrate Judge Jolson reached the correct conclusion. The Court, therefore, **ACCEPTS** and **ADOPTS** Magistrate Judge Jolson's November 6, 2019 Report and Recommendation [#17] as this Court's findings of fact and conclusions of law. Plaintiff's Statement of Errors is hereby **OVERRULED,** and the decision of the Commissioner of Social Security is **AFFIRMED**.

**IT IS SO ORDERED.**

      /s/ Algenon L. Marbley
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: January 6, 2020**